# Third District Court of Appeal

## State of Florida

Opinion filed December 21, 2016.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D16-0431
Lower Tribunal No. 04-22267

————————————

**Cordero Otistroy Blair,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Cordero Otistroy Blair, in proper person.

Pamela Jo Bondi, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before SHEPHERD, LAGOA, and FERNANDEZ, JJ.

PER CURIAM.

Cordero Blair appeals from an order denying his pro se motion for post-conviction relief entered January 26, 2016. We affirm the order of the trial court

on Ground 2 of Blair's motion. We reverse the order on Ground 1 of the motion, and remand with directions to the trial court to amend Blair's sentence to reflect his youthful offender status. See Jacques v. State, 95 So. 3d 419, 420-21 (Fla. 3d DCA 2012); Yegge v. State, 186 So. 3d 553, 555-56 (Fla. 2d DCA 2015). Blair need not be present.

Affirmed in part; reversed in part and remanded with directions.